O'CONNOR V RESORT CUSTOM BUILDERS, INC, No. 109832. Reported *ante*, 335.

*Superintending Control Dismissed May 7, 1999:*